BARKLEY v. HERBERT. (Supreme Court, Appellate Division, Third Department. March 25, 1910.) Action by John Barkley against Frederick W. Herbert.

PER CURIAM. Motion granted, with $10 costs, unless appellant, within 10 days from the

service of a copy of this order and notice of entry thereof, pays to the respondent the costs of this motion, upon the payment of which the motion is denied, and the appellant has leave to apply to the Special Term for such relief as he may be advised, without prejudice to the pending application.